NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3197

HENRY E. GOSSAGE,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in SE0731010261-I-5.

ON MOTION

Before MAYER, <u>Circuit Judge</u>.

## O R D E R

Henry E. Gossage submits motions requesting extensions of time totaling 60 days to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Gossage's brief is due within 60 days of the date of filing of this order. No further extensions should be anticipated.

JUL 17 2009

_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Henry E. Gossage
    Lauren S. Moore, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

IJUL 17 2009

JAN HORBALY
CLERK